

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Anthony Elisha Kelly, Appellant

No. 06-20-00013-CR      v.

The State of Texas, Appellee

Appeal from the 217th District Court of Angelina County, Texas (Tr. Ct. No. 2019-0314). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Anthony Elisha Kelly, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk